JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD OWENS, | ) | No. CV 12-10223-JFW (CW) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| DONNELLY (Warden), | ) ) | |
| Respondent. | ) ) | |

**IT IS ADJUDGED** that the petition is dismissed, without prejudice, for lack of jurisdiction.

DATED: December 6, 2012

_____
JOHN F. WALTER
United States District Judge